# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                     **Case No. 1:12cr46-MW/GRJ**

**KENNETH CHRISTIAN,**

       **Defendant/Petitioner.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 218. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Motion Under 28 U.S.C. § 2255(a) to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 217, is **SUMMARILY DISMISSED** as this Court lacks jurisdiction to consider the motion. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on January 10, 2018.**

                                           *s/Mark E. Walker* _____
                                           **United States District Judge**